MWG:JDT

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

- against -

LEWIS BRANDENBERG,

Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - X

REMOVAL TO THE DISTRICT OF DELAWARE

(Fed. R. Crim. P. 5)

Case No. 26-MJ-187

EASTERN DISTRICT OF NEW YORK, SS:

Brian Mitchell, being duly sworn, deposes and states that he is a Special Agent with the Federal Bureau of Investigation, duly appointed according to law and acting as such.

On or about October 2, 2026, the United States District Court for the District of Delaware issued a warrant for the arrest of the defendant LEWIS BRANDENBERG, for violating Title 18, United States Code, Sections 2423(a) and 2251(a) (transportation of a minor and production of visual depictions of minor engaging in sexually explicit conduct).

The source of your deponent's information and the grounds for his belief are as follows:[1]

1. On or about October 2, 2026, the Honorable Eleanor G. Tennyson, U.S. Magistrate Judge for the District of Delaware, signed a criminal complaint (the "Complaint") that charged the defendant LEWIS BRANDENBERG with one count of violating Title 18, United States Code, Section 2423(a) (transportation of a minor with intent to engage in criminal sexual

[1] Because the purpose of this Complaint is to set forth only those facts necessary to establish probable cause to arrest, I have not described all the relevant facts and circumstances of which I am aware.

activity) and one count of violating Title 18, United States Code, Section 2251(a) (production of visual depictions of minor engaging in sexually explicit conduct). A true and correct copy of the Complaint is attached as Exhibit A.

2. On or about October 2, 2026, the United States District Court for the District of Delaware issued a warrant (the "Warrant") for the arrest of the defendant LEWIS BRANDENBERG in connection with the Complaint. A true and correct copy of the Warrant is attached as Exhibit B.

3. On or about October 7, 2026, the defendant LEWIS BRANDENBERG was arrested in Queens, New York. The defendant BRANDENBERG confirmed to law enforcement agents his name multiple times, which name matches the name of the LEWIS BRANDENBERG wanted in the District of Delaware. The appearance of the defendant BRANDENBERG also matched images of the LEWIS BRANDENBERG wanted in the District of Delaware with which I was familiar from my participation in the investigation.

4. Based on the foregoing, I submit that there is probable cause to believe that the defendant is the LEWIS BRANDENBERG wanted in the District of Delaware.

WHEREFORE, your deponent respectfully requests that the defendant LEWIS BRANDENBERG be removed to the District of Delaware so that he may be dealt with according to law.

/s/
Brian Mitchell
Special Agent
Federal Bureau of Investigation

Sworn to before me this
7th day of October, 2026

[redacted]

THE HONORABLE PEGGY CROSS-GOLDENBERG
UNITED STATES MAGISTRATE JUDGE
EASTERN DISTRICT OF NEW YORK

# EXHIBIT A

AO 91 (Rev. 11/11) Criminal Complaint

# United States District Court

for the
District of Delaware

FILED
OCT 02 2026
US DISTRICT COURT
DISTRICT OF DELAWARE

United States of America
v.
Lewis Brandenberg
*Defendant(s)*

Case No. 26-620M

SEALED

## CRIMINAL COMPLAINT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief. On or about the date(s) of August 6 – 27, 2026 in the county of Sussex in the District of Delaware, the defendant(s) violated:

| *Code Section* | *Offense Description* |
| --- | --- |
| 18 U.S.C. § 2423(a) | Transportation of a Minor |
| 18 U.S.C. § 2251(a) | Production of Visual Depictions of a Minor Engaging in Sexually Explicit Conduct |

This criminal complaint is based on these facts:

**See Attached Affidavit of Probable Cause.**

☒ Continued on the attached sheet.

/s/ Brian Mitchell
*Applicant's signature*

Special Agent Brian Mitchell, FBI
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by Telephone.

Date: 10/2/2026 [signature]
*Judge's signature*

City, state: Wilmington, DE

Honorable Eleanor G. Tennyson, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, Brian S. Mitchell, a Special Agent with the Federal Bureau of Investigation, being duly sworn, depose and state as follows:

## INTRODUCTION AND AFFIANT BACKGROUND

1. I make this affidavit in support of a criminal complaint against Lewis **BRANDENBERG.**

2. Based upon my training and experience and the facts set forth in this affidavit, there is probable cause to believe that **BRANDENBERG** has violated Title 18, United States Code, Sections 2423(a) (transportation of a minor with intent to engage in criminal sexual activity) and 2251(a) (production of child sexual abuse material) (hereinafter, the "SPECIFIED FEDERAL OFFENSES").

3. I am a Special Agent with the Federal Bureau of Investigation (the "FBI") and have been so employed since July of 2017. I am currently assigned to the Baltimore Field Office of the FBI, in the Wilmington, Delaware Resident Agency. I have received specialized training in human trafficking and child exploitation investigations, computer and cell phone analysis for police investigations, search warrant writing, and the enforcement of federal laws.

4. I have learned about violent crimes against children through training at the FBI Academy, various conferences and trainings, and everyday work related to conducting such investigations. I am aware that those who travel in interstate commerce and use interstate facilities for the purposes of committing offenses against children commonly use cell phones in furtherance of their illegal activities. The

cellular telephones are used to access the internet for communication with potential victims.

5. The facts in this affidavit are based on my personal observations, my training and experience, and information obtained from other agents, law enforcement officers and witnesses. Since this affidavit is being submitted for the limited purpose of securing a criminal complaint, I have not included each and every fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish probable cause for the criminal complaint. I have not, however, knowingly withheld any fact necessary to a determination of probable cause.

## SPECIFIED FEDERAL OFFENSES

6. Title 18, United States Code, Section 2423(a) prohibits:

> Knowingly transport[ing[ an individual who has not attained the age of 18 years in interstate . . . commerce . . . with intent that the individual engage in . . . any sexual activity for which any person can be charged with a criminal offense . . .

7. Title 18, United States Code, Section 2251(a) prohibits:

> . . . us[ing], persuad[ing], induc[ing], entic[ing], or coerc[ing] any minor to engage in, . . . any sexually explicit conduct for the purpose of producing any visual depiction of such conduct or for the purpose of transmitting a live visual depiction of such conduct . . . if such person knows or has reason to know that such visual depiction will be transported or transmitted using any means or facility of interstate . . . commerce . . . by any means, including by computer . . . or if such visual depiction has actually been transported or transmitted using any means or facility of interstate . . . commerce . . .

8. Neither of the Specified Federal Offenses requires the

government to prove the defendant knew the victim was under 18 years old at the time of the offense.

## PROBABLE CAUSE

*Summary of Probable Cause*

9. **BRANDENBERG**, a 23-year-old man living in New York, spent months communicating with a 14 year-old girl living in Sussex, Delaware (the "VICTIM"). They communicated primarily via Snapchat messages and video calls, including multiple video calls while the VICTIM was naked in the shower, and some of which **BRANDENBERG** recorded via video or screenshot.

10. On August 23, 2026, **BRANDENBERG** ordered an Uber to transport the VICTIM to him in New York. They were together for multiple days before the New York Police Department ("NYPD") recovered the VICTIM. NYPD did not arrest **BRANDENBERG** that day, but did inform him that the VICTIM was 14 years old. After she was recovered, the VICTIM was interviewed by an FBI Child and Adolescent Forensic Interviewer. She denied that the nude photos in her Snapchat communications with **BRANDENBERG** were sexual in nature, and denied that the two had sex. She admitted that **BRANDENBERG** wanted to have sex while the two were together in New York, and recalled that she became terrified that he would not allow her to leave.

11. In the days after the VICTIM was recovered from New York (and after NYPD told **BRANDENBERG** the VICTIM's age), **BRANDENBERG** continued communicating with the VICTIM. **BRANDENBERG** recalled that he had "nutted

in u and all" and that there was "mad shit on my phone with us from the whole time we been together." On August 30, 2026, the VICTIM told **BRANDENBERG** that she was about to shower and **BRANDENBERG** asked if he could see his "girls[]." The VICTIM sent **BRANDENBERG** a video (which law enforcement has not yet recovered), to which **BRANDENBERG** replied, "Ahh my babies[.]"

*The VICTIM is Reported Missing and Recovered with BRANDENBERG in New York*

12. On August 24, 2026, the VICTIM,[1] a 14 year-old girl, was reported missing by her family. The VICTIM and her family live in Delaware and Delaware State Police (DSP) received the report. The family reported that the VICTIM was last seen by her grandmother in the shower on August 23, 2026, at approximately 7:00 a.m. At approximately 9:00 a.m., the VICTIM's grandmother discovered that she had left the residence by unknown means.

13. A friend of the VICTIM stated the VICTIM was talking with an unknown adult male on Snapchat[2] who was going to provide her transportation to an

[1] Although her name and date of birth are withheld from this affidavit, I am aware of the identity of the VICTIM as well as her date of birth through interviews with the VICTIM and the VICTIM's family.

[2] Snapchat is a mobile messaging and social media application created by Snap Inc. that relies on internet data servers and telecommunications networks across multiple states to let users make calls and share photographs, videos, texts, and drawings. The main feature is that messages and pictures, called "Snaps," are designed to disappear shortly after being viewed. As such, Snapchat is a facility and means of interstate commerce.

unknown location in New York where the male had rented an Airbnb.[3] The VICTIM stated she and the unknown man were going to "party and drink."

14. The VICTIM's friend provided two Snapchat usernames for the VICTIM: "mslee_stoned" and "lani_stoned0[.]" The VICTIM's friend provided one Snapchat username for the unknown man: "blazehousefarms[.]"

15. On August 25, 2026, DSP sent an Emergency Disclosure Request to Snapchat for subscriber information, messages, photographs, Internet Protocol[4] (IP) addresses, location data for the VICTIM's accounts and the unknown man's account.

16. The Snapchat records showed the user of the account "blazehousefarms" was connected to email address lbrandenberg9@gmail.com and phone number (347) 956-7671. Snapchat also indicated that the account "blazehousefarms" was also connected to Snapchat username "darklordkiller4[.]"

17. Over the course of the investigation, your affiant determined that the man who was talking to the VICTIM on Snapchat via both "blazehousefarms" and "darklordkiller4" was Lewis **BRANDENBERG** for multiple reasons: the male depicted in recovered Snapchat photos and videos looked like the photos on **BRANDENBERG**'s public Facebook page; **BRANDENBERG**'s Uber account

[3] Airbnb is an online marketplace that connects travelers with property owners who want to rent out their homes, spare rooms, or unique spaces for short-term stays.

[4] An Internet Protocol (IP) address is a unique string of numbers assigned to every device connected to a network so it can send and receive data.

corroborated the recovered Snapchat conversations; and, most importantly, the VICTIM was later recovered with **BRANDENBERG** in New York.

18. Snapchat records showed that several audio and video communications were sent between Snapchat usernames "blazehousefarms" (**BRANDENBERG**) and "mslee_stoned" (the VICTIM). In addition, Snapchat provided several files, including images and videos, shared between the two Snapchat accounts from August 22 – 23, 2026.

19. Your affiant reviewed the files shared between the two accounts and identified several video call screen captures where both the VICTIM and **BRANDENBERG**'s faces were visible. For example:





20. Your affiant also observed two videos sent from **BRANDENBERG** to the VICTIM on August 22, 2026. The first video, approximately 10 seconds long, shows an adult male lying on his back as he begins to pull his erect penis from his shorts. The second video, approximately 6 seconds long, is a continuation from the first video. In the second video, the adult male is holding his erect penis in his hand and begins to shake his erect penis while stating, "good morning, I just woke up."[5]

21. Snapchat also provided several messages between the VICTIM's Snapchat account "lani_stoned0" and Snapchat account "darklordkiller4[.]" In those messages, the VICTIM and the user of darklordkiller4 (**BRANDENBERG**) discussed being in a relationship and their past attempts to visit each other. They also discussed plans to visit each other in the future.

22. From around 8-9 p.m. on August 22,[6] the evening before the VICTIM went missing, **BRANDENBERG** discussed plans for the VICTIM to travel to see him, including her taking an Uber and renting a hotel. The VICTIM stated she spent her money on "shoes for school" instead of saving it for a hotel. **BRANDENBERG** threatened to "do something ima regret" if the VICTIM did not travel to see him. **BRANDENBERG** then stated, "we tried 3 times now this is the third time before u

---

[5] As set forth below, the VICTIM's sister later provided law enforcement with recordings of some of the contents of the VICTIM's Snapchat account. These two videos were also located within the "Saved in Chat" section of the VICTIM's Snapchat account.

[6] The timestamps provided by Snapchat are in UTC. Your affiant has translated them to Eastern Standard Time.

start school next month," and threatened that their "relationship" might go "out the window burning" if the VICTIM did not travel to see him.

23. From around 5-6 a.m. on August 23, the day she went missing, **BRANDENBERG** instructed the VICTIM to pack her belongings and be ready for an Uber to pick her up. In particular, he stated, "If you are not ready when I call u then u really don't love me and u just played with my being and my soul and u genuinely was here just for the title[.]" The VICTIM asked "how long am I staying for[,]" and **BRANDENBERG** stated "like 2 to 3 day[s .]"

24. Around 6:39 a.m. on August 23, 2026, **BRANDENBERG** stated he had ordered an Uber for the VICTIM ("called it"). Around 7:06 a.m., the VICTIM asked how far away the Uber was ("Ok how far now") and **BRANDENBERG** responded, "2 mins" and then "Outside."

25. Law enforcement conducted additional queries on the phone number and email addresses that Snapchat identified as connected to blazehousefarms (lbrandenberg9@gmail.com and (347) 956-7671). An Emergency Disclosure Request to the telephone service provider confirmed that the subscriber of (347) 956-7671 was Lewis **BRANDENBERG**. An Accurint search of Lewis **BRANDENBERG** confirmed the same phone number and revealed a home address in Laurelton, New York.

26. Law enforcement issued an administrative subpoena and later followed up with a Court Order under 18 U.S.C. § 2703(d)[7] for records from Uber. Uber

[7] Magistrate Case Number 26-526, signed by the Honorable Laura D. Hatcher.

confirmed that **BRANDENBERG** had an Uber account associated with his phone number, (347) 956-7671. The account also included a profile picture of **BRANDENBERG**. Uber provided records of client device activity indicating that **BRANDENBERG** requested an Uber ride on August 23, 2026, at 6:39 a.m. – the same time that **BRANDENBERG** told the VICTIM he had "called it." The pickup time was 7:17 a.m. and dropoff time was 12:05 p.m. Uber also provided longitude and latitude location data: the pickup location was on the street of the VICTIM's address and the dropoff location[8] was on the street of **BRANDENBERG**'s home address. Uber also confirmed that the ride, totaling $273.23, was paid by **BRANDENDBERG**'s Apple Pay Visa.

27. DSP asked NYPD, the 116th precinct, to respond to the address listed for **BRANDENBERG** in Laurelton, New York. NYPD attempted to locate **BRANDENBERG** and the VICTIM multiple times without success on August 25 and 26, 2026.

28. On August 25, 2026, the VICTIM called her family from **BRANDENBERG**'s phone number, (347) 956-7671. The VICTIM hung up the call when her family asked where she was.

29. On August 27, 2026, NYPD Detectives again responded to **BRANDENBERG**'s residence and spoke with a female with the first initial G, who

[8] The administrative subpoena issued while the search for the VICTIM was ongoing revealed that **BRANDENBERG**'s Uber account was active on August 23, 2026, at 6:39 a.m. Your affiant secured additional details, including the dropoff location, through the Section 2703(d) Order after the VICTIM was recovered.

stated she was **BRANDENBERG**'s mother. G told NYPD she had seen the VICTIM in the past but did not know the VICTIM's current whereabouts.

30. While NYPD was still at the residence, G called **BRANDENBERG** on his cell phone and NYPD Detectives spoke with him. **BRANDENBERG** advised he did not know the VICTIM was a minor. He stated that on Monday, August 24, he found out she was a minor and took her to the train station. NYPD Detectives told **BRANDENBERG** they knew the VICTIM used his cell phone on Tuesday, August 25, 2026. **BRANDENBERG** responded that he may have taken the VICTIM to the train station on Tuesday. When questioned further, **BRANDENBERG** disconnected the phone call.

31. Shortly after the call, the VICTIM again contacted her family from **BRANDENBERG**'s cell phone. The VICTIM's mother told law enforcement that the VICTIM sounded scared and was whispering as though she did not want to be overheard. The VICTIM told her mother she was in the New York area and she regretted going there, and that the VICTIM wanted her mother to come and get her. The VICTIM gave an address in Long Island City, New York.

32. DSP sent additional Emergency Disclosure Requests which revealed that **BRANDENBERG**'s phone was connected to an IP address at a residence in Jamaica, New York. NYPD Detectives responded to the residence and contacted the occupants. The occupants advised the **BRANDENBERG** and the VICTIM had just left the residence on foot. The occupants advised that prior to leaving,

**BRANDENBERG** and the VICTIM were arguing and the argument eventually escalated to a physical altercation.

33. The VICTIM again contacted her mother using **BRANDENBERG**'s cell phone number. The VICTIM asked her mother if she was close, stated she was hungry, and asked if her mother could bring her food. The VICTIM told her mother she was at an address in Long Island City, New York,

34. Immediately following the call, NYPD Detectives responded to the area and found the VICTIM and **BRANDENBERG** together, within close proximity to the address the VICTIM provided to her mother.[9] The VICTIM's family responded to the NYPD precinct and eventually took custody of the VICTIM.

*The FBI Interviews the VICTIM*

35. On September 16, 2026, the VICTIM was interviewed by an FBI Child and Adolescent Forensic Interviewer ("CAFI"). The VICTIM stated she had not told **BRANDENBERG** that she was underage before she travelled to see him in New York. She stated she and **BRANDENBERG** did not talk about sex before she travelled to New York, and that **BRANDENBERG** brought up having sex once she got to New York, but the VICTIM did not want to, so they did not have sex. The VICTIM stated their sexual contact was limited to kissing, hugging, and **BRANDENBERG** kissing and touching her thighs. The VICTIM stated

[9] NYPD seized **BRANDENBERG**'s phone due to exigent circumstances at the time of his arrest. Your affiant obtained a warrant to search it in the following days. *See* Magistrate Case Number 26-483, signed by the Honorable Laura D. Hatcher. Due to technological difficulties, the results of that search remain pending.

**BRANDENBERG** never asked her to take photos or videos of specific things, and that the photos the FBI CAFI showed her from Snapchat were of the VICTIM doing things like drying off after a shower, getting dressed, or bending over to pick something up.

36. The VICTIM also stated that while she was with **BRANDENBERG** in New York, she became terrified that he would not allow her to leave. She recalled shaking with fear, and feeling like she was in a dream she could not escape.

*Snapchat Records Reveal that BRANDENBERG*
*Produced Nude Images and Videos of the VICTIM*

37. The VICTIM's sister told NYPD Detectives that she had screen recordings of Snapchat messages between the VICTIM and **BRANDENBERG** from the VICTIM's account. The VICTIM's sister also advised that within the Snapchat conversations, she observed several nude images and videos of both the VICTIM and **BRANDENBERG**.

38. Detectives obtained copies of the screen recordings from the VICTIM's sister. Within the screen recording provided by the VICTIM's sister, law enforcement observed images and videos saved within the "Saved in Chat" section of the VICTIM's Snapchat account, for example:


0:04
0:10
0:06


0:10
0:09

39. The images and videos depicted both the VICTIM and **BRANDENBERG**, including the two videos described above sent from **BRANDENBERG** to the VICTIM (the 6- and 10-second videos shown above). There were also several screen captures containing nude images of both the VICTIM and **BRANDENBERG**.

40. The screen captures appear to be from Snapchat video calls between the VICTIM and **BRANDENBERG**. The screen captures show **BRANDENBERG**'s face in the image, within a small square, depicting a video call.

41. Several of the screen captures (not shown above) show the VICTIM completely nude in various sexual poses. Some of the nude images show the VICTIM in the shower with **BRANDENBERG** watching via the video call. One screen capture shows the VICTIM completely nude with her body sopping wet. The VICTIM is grabbing both of her breasts and sticking her tongue out in a licking motion. Because the VICTIM is not holding her phone and **BRANDENBERG**'s face is visible in the corner of the screen, this indicates to your affiant that the VICTIM and **BRANDENBERG** were on a video call and **BRANDENBERG** captured the video.

42. Your affiant obtained a warrant to search **BRANDENBERG**'s and the VICTIM's Snapchat accounts. *See* Magistrate Case Number 26-484, signed by the Honorable Laura D. Hatcher. That warrant revealed several additional video call screen captures, showing the VICTIM nude in sexual poses. For example, two screen

captures, sent from **BRANDENBERG** to the VICTIM on August 6, 2026,[10] both depict a vagina with fingers rubbing the exterior of the vagina – the VICTIM appears to be holding the phone within close proximity to the vagina. Also, within both videos, **BRANDENBERG**'s face is visible in the corner of the screen, indicating to your affiant that the VICTIM and **BRANDENBERG** were on a video call and **BRANDENBERG** captured both videos.

43. The warrant also revealed consistent communications between the two, with **BRANDENBERG** using the username "darklordkiller4" and the VICTIM using the username "lani_stoned0[.]" For example, the warrant revealed that **BRANDENBERG** repeatedly engaged in video calls with the VICTIM while she was in the shower:

- On August 14, 2026 at approximately 10 p.m., **BRANDENBERG** instructed the VICTIM: "Call me for the shower." At approximately 10:39 p.m., a video call ended between the Victim and **BRANDENBERG**.
- On August 15, 2026, the VICTIM asked **BRANDENBERG**: "Do yew wanna be otp [on the phone] while I shower or yew don't wanna see yuh show[.]" **BRANDENBERG** responded, "I always wanna see my show[.]"
- On August 17, 2026 at approximately 7 p.m., the VICTIM messaged **BRANDENBERG**: "Well im finna shower wanna see yuh show or not[.]" **BRANDENBERG** replied, "Yes why do u always ask that[.]" At

[10] This image forms the basis of the earliest offense date the government seeks to charge.

approximately 7:49 p.m., a video call ended between the Victim and **BRANDENBERG**.

- On August 19, 2026 at approximately 9:43 p.m., the Victim messaged **BRANDENBERG**: "Ard [alright] well im finna shower[.]" **BRANDENBERG** responded, "Tuh now u are[.] Been waiting mad long for that but ofc after we argue[.]" At approximately 10:03 p.m., a video call ended between the Victim and **BRANDENBERG**.
- On August 20, 2026, at approximately 5:38 p.m., Snapchat indicated a video call between the Victim and **BRANDENDBERG** ended. Following the video call, **BRANDENBERG** sent eight screen capture images to the VICTIM. The images were all sent within minutes of each other, between 6:09 p.m. and 6:18 p.m., and depict a chronological order of events of the VICTIM showering and getting dressed. The first four images depict the VICTIM completely nude in the shower, bathing, with soap suds on her body. One of the images, previously described above at paragraph 41, depicts the Victim grabbing her breasts while sticking out her tongue. The last four images appear to be within the VICTIM's bedroom. The VICTIM is completely or partially nude in the images. All of the screen captures appear to be from a video call, with **BRANDENBERG's** face visible within the image consistent with him being on the phone with the VICTIM.
- On August 21, 2026, after Snapchat indicates a video call ended, **BRANDENBERG** admonished the VICTIM: "u taking too long to show me my

hole . . . u never offer when u be playing with urself . . . that's MINE MY SHIT[.]"

44. **BRANDENBERG** also expressed a territorial desire to keep the VICTIM for himself:

- On August 19, 2026, **BRANDENBERG** messaged the VICTIM: "Id [I don't] need n***as seeing my goodies tf idc [I don't care] if we mad angry yelling or stabbing each other . . . Nobody get to see those but me[.]"
- On August 21, 2026, **BRANDENBERG** told the VICTIM: "U better be home[.]" She responded, "No duh[.]" **BRANDENBERG** replied, "Good girl . . . As long as nobody touched u or anything . . . u heard me cuz u be letting ppl touch my treasure[.]"

*BRANDENBERG Continues Communicating*
*With the VICTIM After NYPD Recovers Her*

45. As set forth above, NYPD found the VICTIM and **BRANDENBERG** together in New York on August 27, 2026, and returned the VICTIM to her family. Snapchat records revealed that **BRANDENBERG** resumed communications with the VICTIM in the days after. On August 29, 2026, **BRANDENBERG** told the VICTIM that law enforcement "took my phone cuz ur 14." He asked the VICTIM if she was "really 14 years old[.]" The VICTIM stated, inaccurately, "I'm not 14 but I'm not 18 yet until my birthday[.]" The VICTIM stated, inaccurately, that she would turn 18 in December.

46. **BRANDENBERG** and the VICTIM continued discussing their "age gap" and how it would affect their "relationship[.]" **BRANDENBERG** asked the VICTIM, "so what are we gonna do about Alexandra[11] and our relationship[.]" The VICTIM stated "Idk frl [I don't know for real] we can't be together bc [because] of the age gap[.]" **BRANDENBERG** stated, "that's true but lets actual talk about it cuz last night was insane asf and u need to start talking and telling me the truth babe[.]" The VICTM apologized and stated she felt like she had "ruined your life I'm just selfish[.]" **BRANDENBERG** told the VICTIM, "u need to change frfr [for real for real]," and that "lying to me about certain things is cool but ur age is different more so lying to me for 9 months about it too[.]"

47. Over the course of the conversation, **BRANDENBERG** made multiple admissions about sexual contact he had with the VICTIM while they were together in New York:

- **BRANDENBERG** told the VICTIM he "nutted in" her.
- The VICTIM told **BRANDENBERG**, "They tested me to see if yew had sex with me but I showered so that washed out all that[,]" and **BRANDENBERG** responded, "OK GOOD[.]"

48. Over the course of the conversation, **BRANDENBERG** also made multiple admissions about his creation of nude images and videos of the VICTIM:

---

[11] Your affiant has not yet ascertained the meaning of "Alexandra" in this conversation.

- **BRANDENBERG** told the VICTIM "theres mad shit on my phone with us from the whole time we been together[.]"
- The VICTIM asked **BRANDENBERG**, "What we gonna do about the videos . . . It's your phone[.]" **BRANDENBERG** responded that "they have" his phone, meaning that law enforcement seized his phone.

49. Having discussed the fact that the VICTIM was a minor, the VICTIM asked **BRANDENBERG**, "do yew just wanna be cool until I'm old enough," and **BRANDENBERG** responded, "up to u . . . my heart belongs to u[.]" The VICTIM replied, "Ok we can wait babe[.]"

50. Unwilling to wait, the following morning, **BRANDENBERG** asked the VICTIM, "Does that mean we can't call and text each other how we used to nomore? . . . Cuz I wanna know if this is the end for us[.]" The VICTIM replied that "We still can[.]"

51. On August 30, 2026, the VICTIM told **BRANDENBERG** "I'm trying shower[.]" **BRANDENBERG** responded, "Damn ima miss my shows . . . So we can't do that no more?" The VICTIM replied that she would "text yew while I'm in duh shower[.]" **BRANDENBERG** told the VICTIM to "[T]ell my girls I miss them[.]" He then followed up, "Ooo can I see . . . Seems after everything ur a lil nerves [nervous] to show me what u said was mine[.]" The VICTIM responded that she was not nervous. **BRANDENBERG** then reiterated that he "would like to see them if that's okay with u[.]"

52. The VICTIM sent **BRANDENBERG** a Silent Snap, which your affiant knows from training and experience is a video without sound. The Silent Snap was identified as an image of the VICTIM's breast, focusing primarily on her cleavage. **BRANDENBERG** responded, "Ahh my babies[.]" Directly following the Silent Snap, **BRANDENBERG** sent an image to the VICTIM depicting **BRANDENBERG** holding his erect penis in his hand.

53. Snapchat records show a video call between the two, after which **BRANDENBERG** stated: "Ahhh that was worth it[.]"

## CONCLUSION

54. Based on the information described above, there is probable cause to believe that **BRANDENBERG** has violated Title 18, United States Code, Sections 2423(a) (transportation with intent to engage in criminal sexual activity) and 2251(a) (production of child sexual abuse material). I therefore respectfully request that the Court issue a criminal complaint charging him with these offenses.

Respectfully submitted,

*/s/Brian Mitchell*
Special Agent Brian Mitchell
Federal Bureau of Investigations

Subscribed and sworn to me over the telephone or other reliable electronic means and signed by me pursuant to Fed. R. Crim. P. 4.1 on this 2nd day of October, 2026.

[signature]
HONORABLE ELEANOR G. TENNYSON
UNITED STATES MAGISTRATE JUDGE

# EXHIBIT B

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Delaware

United States of America
v.
Lewis Brandenberg

*Defendant*

Case No. 26-520M

SEALED

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* Lewis Brandenberg,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☑ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Violations of 18 U.S.C. § 2423(a) (Transportation of a Minor) and 18 U.S.C. § 2251(a) (Production of Visual Depictions of a Minor Engaging in Sexually Explicit Conduct), as further described in the Complaint Affidavit.

Date: 10/2/2026

*Issuing officer's signature*

City and state: Wilmington, Delaware

Honorable Eleanor G. Tennyson, U.S. Magistrate Judge
*Printed name and title*

**Return**

This warrant was received on *(date)* ________, and the person was arrested on *(date)* ________
at *(city and state)* ________.

Date: ________

*Arresting officer's signature*

*Printed name and title*

**This second page contains personal identifiers provided for law-enforcement use only and therefore should not be filed in court with the executed warrant unless under seal.**

*(Not for Public Disclosure)*

Name of defendant/offender: Lewis Brandenberg

Known aliases:

Last known residence: [redacted] Laurelton, New York

Prior addresses to which defendant/offender may still have ties:

Last known employment:

Last known telephone numbers: [redacted] 7671

Place of birth:

Date of birth: [redacted] 2002

Social Security number:

Height: Weight:

Sex: Male Race: Black

Hair: Brown Eyes: Brown

Scars, tattoos, other distinguishing marks:

History of violence, weapons, drug use:

Known family, friends, and other associates *(name, relation, address, phone number)*:

FBI number:

Complete description of auto:

Investigative agency and address:

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*:

Date of last contact with pretrial services or probation officer *(if applicable)*: